## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DANIEL PERRY**                                                          **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 2:23-CV-00120-KS-MTP**

**JONES COUNTY, MISSISSIPPI;**
**OFFICER J. D. CARTER,**
**officially and in his individual capacity;**
**OFFICER JEFF MONK,**
**officially and in his individual capacity;**
**WARDEN JENNIFER HENDERSON,**
**officially and in her individual capacity;**
**and JOHN OR JANE DOES 1 – 15**                              **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

This cause came on for hearing on motion, *ore tenus*, of all parties for the entry of an order of dismissal of all claims, with prejudice, based on the announcement that parties reached a compromise in this matter and settled all claims. Having considered the motion, the Court finds it is well taken as no issues remain for the Court to adjudge. With good grounds appearing therefore:

**IT IS ORDERED** that all of Plaintiff's claims against all Defendants are dismissed with prejudice, with each party to bear its own costs and attorney fees. This case is closed.

**SO ORDERED AND ADJUDGED** this 18th day of August 2025.

/s/ Keith Starrett_____
KEITH STARRETT
SENIOR UNITED STATES DISTRICT JUDGE

AGREED:


*/s/ Lance W. Martin*
WILLIAM R. ALLEN (MSB #100541)
LANCE W. MARTIN (MSB #105203)
Butler Snow LLP
1020 Highland Colony Pkwy
Suite 1400
Ridgeland, MS  39157
Tel. 601-948-5711
Fax: 601-985-4500
will.allen@butlersnow.com
lance.martin@butlersnow.com

*Attorneys for Jones County, Mississippi, Officer J.D. Carter,
officially and in his individual capacity; Officer Jeff Monk,
officially and in his individual capacity; and Warden
Jennifer Henderson, officially and in her individual capacity*


*/s/ Daniel D. Ware*
DANIEL D. WARE, ESQ.
Ware Law Firm, PLLC
103 Third Street NW
Magee, MS  39111
Tel. 601-439-7079
Fax 601-439-7063
dware@warelawfirm.com

*Attorney for Daniel Perry*

2